

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00300-CR

Richard M. **LOPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR5395
Honorable Ron Rangel, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED October 22, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice